IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:09-cr-189-MEF |
| ) | (WO) |
| ALLEN CAPRICE STOUDEMIRE ) | |
| JEKOVAN VANTRELL LIGON ) | |
| SHELIRA M. LIGON ) | |

# **O R D E R**

Upon consideration of defendant Allen Caprice Stoudemire's Unopposed Motion to Continue (Doc. #36) filed on March 19, 2010, it is hereby

ORDERED that counsel for co-defendants show cause in writing on or before March 25, 2010 as to why the motion should not be granted.

DONE this the 19th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE