IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cr-189-MEF |
| | ) | (WO) |
| ALLEN CAPRICE STOUDEMIRE | ) | |
| JEKOVAN VANTRELL LIGON | ) | |
| SHELIRA M. LIGON | ) | |

# **O R D E R**

The Court hereby ORDERS that a status conference is set in this case for Friday, March 26, 2010 at 11:00 a.m. by conference call arranged by the United States of America. Counsel should be prepared to discuss the pending Unopposed Motion to Continue (Doc. #36) filed on March 19, 2010.

DONE this the 25th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE