IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cr-189-MEF |
| | ) | (WO) |
| ALLEN CAPRICE STOUDEMIRE | ) | |
| SHELIRA M. LIGON | ) | |

# **O R D E R**

The Court hereby ORDERS that the Motion for Leave to Dismiss Indictment without Prejudice (Doc. #54), filed by the United States on March 31, 2010, is DENIED as moot.

DONE this the 12th day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE