IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:09-cr-189-MEF |
| ) | (WO) |
| ALLEN CAPRICE STOUDEMIRE ) | |
| JEKOVAN VANTRELL LIGON ) | |

# **O R D E R**

The Court hereby ORDERS that:

(1) The Court's order issued on April 12, 2010 (Doc. #73) is VACATED; and

(2) The Motion for Leave to Dismiss Indictment without Prejudice (Doc. #54) filed by the United States on March 31, 2010, which the Court construes as a motion to dismiss the indictment filed on November 18, 2009 (Doc. #1) because of the superseding indictment filed on February 24, 2010 (Doc. #5), is GRANTED.

DONE this the 29th day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE