IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cr-189-MEF |
| | ) | (WO) |
| ALLEN CAPRICE STOUDEMIRE | ) | |

# **O R D E R**

On July 13, 2010, defendant Allen Caprice Stoudemire moved to withdraw his guilty plea. (Doc. #99). The Court held a hearing on August 18, 2010 to consider oral argument on this motion. (Doc. #112). After carefully considering the written and oral arguments made by the United States and the defendant, it is hereby

ORDERED that the motion to withdraw guilty plea (Doc. #99) is GRANTED, pursuant to Rule 11(d)(2) of the Federal Rules of Criminal Procedure.

DONE this the 23rd day of August, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE